## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, §§§§§ | |
| **Plaintiff,** §§ | **MISC. ACTION NO.** |
| v. § | |
| DAMIEN MORAN; CROWN BULLION, INC. (a Texas corporation); BRIGHT FUTURE FINANCIAL, LLC (a Florida limited liability company d/b/a "Oakhurst Metals"); and BRIGHT FUTURE FINANCIAL, LLC (a California limited liability company d/b/a "Oakhurst Metals"), §§§§§§§ | FILED BY MC D.C.  SEP 29 2023  ANGELA E. NOBLE CLERK U.S. DIST. CT. S. D. OF FLA. - MIAMI |
| **Defendants,** §§§ | |

### NOTICE OF APPOINTMENT OF RECEIVER

Pursuant to the provisions of 28 U.S.C. § 754, Kelly Crawford provides notice of his appointment as Temporary Receiver for Damien Moran; Crown Bullion, Inc. (a Texas corporation); Bright Future Financial, LLC (a Florida limited liability company d/b/a "Oakhurst Metals"); and Bright Future Financial, LLC (a California limited liability company d/b/a "Oakhurst Metals") (collectively, "Defendants"), and the affiliates or subsidiaries owned or controlled by Defendants. True and correct copies of the *Complaint for Injunctive Relief, Civil Monetary Penalties, and Other Equitable Relief* (the "Complaint") filed by the Plaintiff, Commodity Futures Trading Commission, the *Memorandum Opinion and Order* granting Plaintiff's Motion for An Ex Parte Statutory Restraining Order, Appointment of a Temporary Receiver, and Other Equitable Relief (the "Order Appointing Receiver"), and the *Order* granting

Plaintiff's Motion to Unseal Court File are attached hereto as **Exhibit A**, **Exhibit B,** and **Exhibit**

**C** respectively.

September 26, 2023

Respectfully submitted,

*/s/ Kelly M. Crawford*
Kelly M. Crawford
Texas State Bar No. 05030700
Kelly.Crawford@solidcounsel.com

Scheef & Stone, L.L.P
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
(214) 706-4200 – Telephone
(214) 706-4242 – Telecopier



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.